EricSpakinf

LEONARDO M. RAPADAS
United States Attorney
TRAVIS HUBBLE
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUN 2 6 2006

MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 06-00006 |
| Plaintiff, | **INFORMATION** |
| vs. | **THEFT OF PROPERTY OF THE UNITED STATES** |
| ERIC W. SPAK, | [18 U.S.C. § 641] |
| Defendant. | **(Misdemeanor)** |

THE UNITED STATES ATTORNEY CHARGES:

On or about April 23, 2006, in the District of Guam, the defendant, ERIC W. SPAK, willfully and knowingly stole items of value of the United States or of its departments or agencies, namely, merchandise belonging to the Army and Air Force Exchange Service, of a value of about $678.70, in violation of Title 18, United States Code, Section 641.

Dated this 26th day of June 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____ for T.H.
TRAVIS HUBBLE
Special Assistant U.S. Attorney