**Criminal Case Cover Sheet**            **U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number __MJ- 06-00006__

Same Defendant _____ New Defendant __X__

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__  Matter to be sealed: ____ Yes __X__ No

Defendant Name _____Eric W. Spak_____

Alias Name _____

Address _____

_____Tamuning, Guam_____

Birthdate __1958__ SS# __xxx-xx-2386__ Sex __M__ Race ____ Nationality ____

**U.S. Attorney Information:**

AUSA __TAVIS HUBBLE__

Interpreter: __X__ No ___ Yes  List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__  ____ Petty __x__ Misdemeanor ____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 usc 641 | Theft of Property of the United States | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __6-26-06__  Signature of AUSA: __[signature] Jud A. Black for TH__

RECEIVED JUN 26 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM

ORIGINAL