ORIGINAL

ericspakdismiss

LEONARDO M. RAPADAS
United States Attorney
TRAVIS HUBBLE
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

**FILED**
DISTRICT COURT OF GUAM
JUL - 5 2006
MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC W. SPAK,<br><br>Defendant. | MAGISTRATE CASE NO. 06-00006<br><br>**MOTION TO DISMISS INFORMATION** |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Information in the above cause against defendant, ERIC W. SPAK, be dismissed, for the reason that the defendant has admitted guilt and paid his Central Violation fine.

Respectfully submitted this 5th day of June 2006.

LEONARDO M. RAPADAS
United States Attorney
~~Districts~~ of Guam and NMI

By: _____
TRAVIS HUBBLE
Special Assistant U.S. Attorney