LEONARDO M. RAPADAS
United States Attorney
TRAVIS HUBBLE
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUL - 5 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 06-00006 |
| Plaintiff, | ) |
| vs. | ) ORDER |
| ERIC W. SPAK, | ) |
| Defendant. | ) |

Based on the Government's Motion to Dismiss Information,

IT IS SO ORDERED that the Information in the above entitled case against the Defendant ERIC W. SPAK is hereby dismissed.

Dated this 5th day of July 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam